# United States District Court
## Southern District of West Virginia (Bluefield)
## CIVIL DOCKET FOR CASE #: 1:21−cv−00465

Blankenship v. McKinsey and Company, Inc. et al
Assigned to: Senior Judge David A. Faber
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 08/20/2021
Date Terminated: 09/07/2021
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Haden Travis Blankenship**
*individually and as the next friend of minor*

represented by **David R. Barney , Jr.**
THOMPSON BARNEY
2030 Kanawha Boulevard, East
Charleston, WV 25311−2204
304/343−4401
Fax: 304/343−4405
Email: drbarneywv@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin W. Thompson**
THOMPSON BARNEY
2030 Kanawha Boulevard, East
Charleston, WV 25311−2204
304/343−4401
Fax: 304/343−4405
Email: kwthompsonwv@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Rose Ellsworth**
THOMPSON BARNEY
2030 Kanawha Boulevard, East
Charleston, WV 25311
304−343−4401
Fax: 304−343−4405
Email: mellsworth@thompsonbarneylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah J. Surber**
THOMPSON BARNEY
2030 Kanawha Blvd East
Charleston, WV 25311
304−343−4401
Fax: 304−343−4405
Email: ssurber@thompsonbarneylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen P. New**

P. O. Box 5516
Beckley, WV 25801
304/250−6017
Fax: 304/250−6012
Email: steve@newlawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Z D. B. B.**
*and on behalf of all others similarly situated*

represented by **David R. Barney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin W. Thompson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Rose Ellsworth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah J. Surber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen P. New**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**McKinsey and Company, Inc.**

**Defendant**

**McKinsey and Company, Inc. United States**

**Defendant**

**McKinsey and Company, Inc., Washington, D. C.**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/20/2021 | 1 | COMPLAINT. Filing Fee $402.00. Receipt # AWVSDC−8015289. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons−McKinsey & Company, Inc., # 3 Proposed Summons−McKinsey & |

| | | |
|---|---|---|
| | | Company Inc. United States, # 4 Proposed Summons–McKinsey & Company Inc. Washington, D.C.) (mk). (Modified on 8/20/2021 to add attachments) (mk). |
| 08/20/2021 | 2 | STANDING ORDER IN RE: ASSIGNMENT AND REFERRAL OF CIVIL ACTIONS AND MATTERS TO MAGISTRATE JUDGES ENTERED JANUARY 4, 2016. Discovery referred to Magistrate Judge Aboulhosn. (cc: attys; any unrepresented party) (mk) |
| 08/20/2021 | 3 | ELECTRONIC SUMMONS ISSUED as to McKinsey and Company, Inc., McKinsey and Company, Inc. United States, McKinsey and Company, Inc., Washington, D. C., re: 1 Complaint. Summons returnable 21 days. Instructions to Counsel: This is your electronic summons. Please print as many copies of the Summons and Complaint as are necessary to effectuate service under Fed. R. Civ. P. 4. See Proof of Service page of this Summons form for filing a return of service if required by Fed. R. Civ. P. 4(l). (Attachments: # 1 Summons–McKinsey & Company Inc. United States, # 2 Summons–McKinsey & Company Inc. Washington, D.C.) (mk) |
| 08/20/2021 | | CASE assigned to Senior Judge David A. Faber. (klc) (Entered: 08/23/2021) |
| 09/07/2021 | 4 | NOTIFICATION FROM JUDICIAL PANEL ON MULTIDISTRICT LITIGATION re: Conditional Transfer Order (CTO–11), MDL 2996. (kew) |
| 09/07/2021 | 5 | CONDITIONAL TRANSFER ORDER (CTO–11) JUDICIAL PANEL ON MDL: certified copy from the Northern District of California transferring this action to the USDC/NDCA for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Signed by John W. Nichols, Clerk of the Panel on 9/7/2021. (cc: attys) (kew) |